IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LINDA SCHRECKENBACH** | § § § § | |
| **Plaintiff** | § § § | |
| v. | § § § | **CIVIL ACTION NO. 4:26-cv-00022** |
| **CALLENDER BOWLIN PLLC** | § § § | |
| **Defendant** | § § § | |

## JURY DEMAND

Plaintiff, Linda Schreckenbach, hereby demands a trial by jury on all triable issues alleged in Plaintiff's Original Complaint. [Doc. 1]

                                          Respectfully submitted,

                                          **TRAN LAW FIRM**

                                          */s/ Trang Q. Tran*
                                          TRANG Q. TRAN
                                          Federal I.D: 20361
                                          Texas Bar No. 00795787
                                          800 Town & Country Blvd., Suite 500,
                                          Houston, Texas, 77024
                                          Ph.: (713) 223 – 8855
                                          trang@tranlf.com
                                          service@tranlf.com

                                          **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded on February 5, 2026, to all counsel of record via the Court's CM/ECF system.

/s/ *Trang Q. Tran*
Trang Q. Tran
