IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA SCHRECKENBACH | § § § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL ACTION NO. 4:26-cv-00022 |
| CALLENDER BOWLIN PLLC | § § § | |
| Defendant | § § § | |

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT
CALLENDER BOWLIN PLLC'S AFFIRMATIVE DEFENSES**

On this day, the Court considered Plaintiff Linda Schreckenbach's Motion to Strike Defendant Callender Bowlin PLLC's Affirmative Defenses pursuant to Federal Rule of Civil Procedure 12(f). After reviewing the Motion, the pleadings on file, and the applicable law, the Court finds that the Motion should be **GRANTED**.

Accordingly, it is hereby **ORDERED** that Defendant Callender Bowlin PLLC's Second, Third, Fourth, Fifth, Sixth, Seventh, and Eighth Affirmative Defenses asserted in its Original Answer (Doc. 8) are **STRICKEN**.

It is further **ORDERED** that Defendant Callender Bowlin PLLC shall not rely upon the stricken affirmative defenses in this action.

SIGNED on this _____ day of _____ , 2026.

 

_____
**UNITED STATES DISTRICT JUDGE**