**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **LINDA SCHRECKENBACH** | § § § | |
| **Plaintiff** | § § § | |
| **v.** | § § § | **CIVIL ACTION NO. 4:26-cv-00022** |
| **CALLENDER BOWLIN PLLC** | § § § | |
| **Defendant** | § § § | |
|  | § | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL**
**OF PLAINTIFF'S MOTION TO STRIKE DEFENDANT**
**CALLENDER BOWLIN PLLC'S AFFIRMATIVE DEFENSES**

Plaintiff Linda Schreckenbach ("Plaintiff") files this Notice to Withdraw Plaintiff's Motion to Strike Defendant Callender Bowlin PLLC's ("Defendant") Affirmative Defenses pursuant to Federal Rules of Civil Procedure Rule 12(f) [Doc. 10].

This lawsuit was filed on January 2, 2026. [Doc. 1]. Defendant received notice of the suit on January 7, 2026. [Doc. 6] On January 28, 2026, Defendant filed its Original Answer [Doc. 8]. On February 18, 2026, Plaintiff filed a Motion to Strike Defendant's Affirmative Defenses. [Doc. 10] Plaintiff moved under Rule 12(f) to strike Defendant's Second, Third, Fourth, Fifth, Sixth, Seventh, and Eighth Affirmative Defenses. [*Id.*]

On March 10, 2026, Defendant filed its First Amended Answer and Counterclaims. [Doc. 11] Defendant's First Amended Answer removes the affirmative defenses that were the subject of Plaintiff's Motion to Strike. Accordingly, because the challenged affirmative defenses are no longer asserted, Plaintiff's Motion to Strike Defendant's Affirmative Defenses is now moot. Plaintiff therefore files this Notice to withdraw Plaintiff's Motion to Strike.

Plaintiff respectfully withdraws their Motion to Dismiss and will subsequently file an original answer in response to Defendant's Counterclaim.

Respectfully submitted,

**TRAN LAW FIRM**

*/s/ Trang Q. Tran*

TRANG Q. TRAN
Federal I.D: 20361
Texas Bar No. 00795787
800 Town & Country Blvd., Suite 500,
Houston, Texas, 77024
Ph.: (713) 223 – 8855
trang@tranlf.com
service@tranlf.com

**ATTORNEY FOR PLAINTIFF**

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing

was forwarded on March 11, 2026, to all counsel of record via the Court's CM/ECF

system.

/s/ *Trang Q. Tran*
Trang Q. Tran

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff conferred with counsel for Defendant

on March 10 and 11, 2026 regarding the relief requested in this notice.  Defendant

agrees with the relief and outcome requested by this notice.

/s/ *Trang Q. Tran*
Trang Q. Tran
