**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **LINDA SCHRECKENBACH** | § § § | |
| **Plaintiff** | § § § | |
| **v.** | § § § | **CIVIL ACTION NO. 4:26-cv-00022** |
| **CALLENDER BOWLIN PLLC** | § § § | |
| **Defendant** | § § § § | |

## <u>CORRECTED CERTIFICATE OF CONFERENCE</u>

Plaintiff, Linda Schreckenbach submits the following Corrected Certificate of Conference for Plaintiff/Counter-Defendant Linda Schreckenbach's Motion to Dismiss Defendant/Counter-Plaintiff's Counterclaims Pursuant to Fed. R. Civ. P. 12(b)(6), filed on March 20, 2026. [Doc. 14]

## <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify that counsel for Plaintiff conferred with counsel for Defendant on March 14, 2026 regarding the legal deficiencies in Defendant's counterclaims. As of the time of the filing, Defendant has not responded to the relief requested.

/s/ *Trang Q. Tran*
Trang Q. Tran

1

Respectfully submitted,

**TRAN LAW FIRM**

*/s/ Trang Q. Tran*

TRANG Q. TRAN
Federal I.D: 20361
Texas Bar No. 00795787
800 Town & Country Blvd., Suite 500,
Houston, Texas, 77024
Ph.: (713) 223 – 8855
trang@tranlf.com
service@tranlf.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded on March 23, 2026, to all counsel of record via the Court's CM/ECF system.

/s/ *Trang Q. Tran*
Trang Q. Tran

2