United States District Court
Southern District of Texas
**ENTERED**
May 09, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Linda Schreckenbach, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. H-26-22 |
| | § | |
| Callender Bowlin PLLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |
| | §. | |

## ORDER

Pursuant to the Mutual Stipulation of Dismissal with Prejudice filed on May 5, 2026, the above referenced case is hereby dismissed with prejudice as to Defendant Callendar Bowlin PLLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this 7 day of May, 2026.

_____
DAVID HITTNER
United States District Judge